Samuel Richard Rubin
Federal Public Defender
Bruce Livingston, MO Bar No. 34444
Federal Defenders of Idaho
Capital Habeas Unit
702 W. Idaho, Suite 900
Boise, Idaho 83702
Telephone:  (208) 331-5530
Facsimile:    (208) 331-5559
ECF:   livi@turbonet.com

Attorney for Petitioner, Timothy A. Dunlap

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| TIMOTHY ALAN DUNLAP, | ) | Case No. CV 94-0142-S-EJL |
|---|---|---|
| | ) | **CAPITAL CASE** |
| Petitioner, | ) | |
| | ) | MOTION FOR |
| v. | ) | WITHDRAWAL/SUBSTITUTION OF |
| | ) | BRADY WARD KING AS |
| A.J. ARAVE, Warden, | ) | ATTORNEY OF RECORD |
| | ) | |
| Respondent. | ) | |
| | ) | |

Petitioner, Timothy Alan Dunlap, through undersigned counsel, files this Motion for Withdrawal of Counsel.  Ms. King recently resigned from her position as an assistant federal defender at the Federal Defender Services of Idaho.  Therefore, undersigned counsel requests that Ms. King be withdrawn from the case, that Bruce D. Livingston remain as lead counsel, and that Teresa A. Hampton be appointed as co-counsel.

DATED this 18th day of October, 2013.

/s/
Bruce D. Livingston

MOTION FOR WITHDRAWAL – Page 1

**CERTIFICATE OF SERVICE**

I hereby certify that on the 18th day of October, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which is designed to send a Notice of Electronic Filing to persons including the following:

L. LaMont Anderson
Lamont.anderson@ag.idaho.gov

                                       /s/
                                Bruce D. Livingston